**FILED**
MAR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

5 JW
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jimmie Stephen

        Plaintiff,

vs.

Guard "Bravo"
et al.

        Defendant.

CV 08 0957

CASE NO. _____

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Jimmie Stephen, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____
_____

- 1 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____2006_____
5  ___onstreets 1973_____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.   Business, Profession or          Yes ___ No X
10        self employment
11   b.   Income from stocks, bonds,       Yes ___ No X
12        or royalties?
13   c.   Rent payments?                   Yes ___ No X
14   d.   Pensions, annuities, or          Yes ___ No X
15        life insurance payments?
16   e.   Federal or State welfare payments, Yes ___ No X
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                  Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____ NONE
28  4.   a.   List amount you contribute to your spouse's support:$ ____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). NONE

5.  Do you own or are you buying a home?   Yes ___ No ☒

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?   Yes ___ No ☒

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ___ No ☒ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ___ No ___ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

8.  What are your monthly expenses?

Rent: $ _____   Utilities: _____
Food: $ _____   Clothing: _____   NONE
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

IN PRISON

PRIS. APP. TO PROC. IN FORMA PAUPERIS

- 3 -

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

Courts of San Diego fees

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___ No _X_
Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CU-06-0171 — 1054 filed S Diego NS

CU-06-1054 — 0171 — Issues not presented in case

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-5-08

DATE        SIGNATURE OF APPLICANT

JIMMIE Shelton C86483
A-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

Case Number: CV-08-0957-JW (PR)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ____Ø____ for the last six months
[prisoner name]
California Men's Colony    where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's account each month for the most recent 6-month period was $___Ø___.

Dated: 03-06-2008                    Karen Mock  Acct Tech.
                                     [Authorized officer of the institution]

- 5 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 06, 2008

ACCOUNT NUMBER : C56483
ACCOUNT NAME   : STEPHEN, JIMMIE EARL
BED/CELL NUMBER: EFAQB1F100001149X
ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/17/2007 | H106 | UNITED PARCEL SERVICE HOLD | 4498/501 | 3.07 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.07 | 0.00 |

CURRENT AVAILABLE BALANCE

3.07-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 03-06-2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Karen Mock Acct Tech.
    TRUST OFFICE



Jimmie Stelthes
A-1149
P.O. Box 8101
San Luis Obispo, CA (Acheada)
93409-8101

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680