2-6-08

U.S.D.C.-N
450 Golden Gate
San Francisco, CA

**RECEIVED**

MAR 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C.07-6379-JW
C.08-0744-JW
C.08-0957-JW

Clerk:

6

Please give me "Status" of each of these "3 Cases" as to "forma-pauperis" "6" month Trust Statements, as I do not have any authority over the "Trust Office" ect.

Please let me know if my case needs "Trust Statements" ect., or any other deficiencies ect.

"Bounds v Smith" 430, US, 817 (1977)
"Briggs v Terhune" 334, F.3d, 910 (9th 2004)

True  against fraud or perjury

Date 2-6-08

[signature]

Jimmie Shelton
A-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

Legal

$ 00.41
MAR 07 2008
MAILED FROM ZIP CODE 93401

United States District Court
Northern
450 Golden Gate Av
San Francisco, California
94102-3483