pages # 1-11   Original

JIMMIE STEPHEN
#C-56483 / A-1149
PO BOX 8101
SAN LUIS OBISPO, CA 93409-0001

RECEIVED

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of U.S. District
State of California - Northern

Case # C0-08-0957
JW /PR1

Jimmie Stephen
Plaintiff

v

Guard "Bland"
Et al Defendants
1. Dr "Millard" 3. Dr "Lee"
2. Dr "Fermseal" 4. Dr "Anthodora"

Plaintiff Request to "Supple-
ment" Complaint"
under "Imminent Danger"
Exceptional "Dental"
FRCP # 15.

Plaintiff Jimmie Stephen Request to "Supplement"
Under FRCP #15 in C0-08-0957-JW. Page #8 of Complaint
Dental" under FRCP #15.
"Farrow V West" 320, f3D, 1235-46 (11th 2003)
Imminent Danger Exception.
Defendants: Dentist "Millard" Dentist Fermseal" Dentist
Anthodora" willfully in Concert at PT Donovan from 5-1-05
willfully. With deliberate indifference. Reckless disregard

1

With dentist "LEE" maliciously willful and deliberate denied plaintiff Stephen right to partials when requested since 5-1-05 "Ongoing" whereas as Date of this supplement 2-18-08 "Partials" are still being denied. When severe gum soreness swelling, weight loss pain and medical problems..

AR diagnosed with "Periodontitis" gum disease by Dr "Lee" verified by "Millard" of 1-2-07 and again by Millard prior of 4-6-05..

"Partial" determined needed by "Femister" at 11-4-05. "Antipodia" diagnosed partials of 2-26-07..

Plaintiff now at CMC- San Luis Obispo California still denied "Partials" ECt..

As millard, femster, Lee, millard, failed to treat, withholding dental care treatment "Mc Arthur J Toney" 281, F3D, 709-11 (8th 2002)

Denial of "Partials" Treatment" ect forfills immunited Danger exception since 5-1-05 at CMC ongoing as of 3-18-08..

True against fraud or perjury

Date 3-18-08                        Jesse Stephen

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**DENTAL PROGRESS NOTES**                                            Page 1 of 2
CDCR 237-C (Rev. 04/06)

| RESTORATIONS AND TREATMENTS (Completed during incarceration) | SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|

REMARKS | REMARKS

**Prior to each treatment, the Dentist *must* review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|
| 7 19 06 | #7 | S. pt presents with pain last 3 days - points to tooth #7 | | |
| | | O. PA #7 Han. d/d 7/19/06 NIC WNL | | |
| | | #7 class III mobil. tg., Perc +++ | | |
| | | Perio pocketing  em + | | |
| | | A #7 Perio compromised  perio abcess | | |
| | | P 1.) Xo #7 | | |
| | | E. Proof + PT Agrees | | |
| | | TX 500 mg Pen V-L x 30 tabs | | |
| | | 800 mg Ibuprof x 10 tabs | | |
| | | N.V~ Xo #7 | | |

**DRUG ALLERGIES?**
☑ NO     ☐ YES

**DENTAL PROGRESS NOTES**

CDCR NUMBER, NAME (LAST, FIRST, MI), AND DATE OF BIRTH

C-56483

Stephen



*"Citizen Complaint"* *DR "LEE"*

Location: Institution/Parole Region    Log No.    Category

## INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

P.C. 832.5

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Jimmie Stephen    NUMBER: C56483    ASSIGNMENT: AD-SEG    UNIT/ROOM NUMBER: 6-227-L

A. Describe Problem: There is an ongoing practice, custom, policy, to deny, deprive of effective dental treatment here at PT Donovan as on 11-30-06 Dr Lee a known inferior Dentist whom in past recommended "extraction" of front "teeth" the same as "did in past in 2004 on bottom front 4 teeth when loose same as my #7 tooth and my #9 was injured in 1970 who uses this to cover-up facts for "dental treatments" ect.. when cavity at gumline now "teeth are strong

If you need more space, attach one additional sheet.

B. Action Requested: ① "Investigation" into "Reckless Disregard" and "Deliberate Indifference of "Dentist Lee" as well as Hiring Practices of these inferior personnel. ② "Root Canal", cavity check, below Gumline."

Inmate/Parolee Signature: Jimmie Stephen    Date Submitted: 11-30-06

---

C. INFORMAL LEVEL (Date Received: 12-15-06 )    Partially Granted

Staff Response: Dr. Antiqvia Chief Dental Officer interviewed Inmate Stephen C-56483 on 02/09/07. Inmate Stephen must complete a full mouth exam before he can obtain partial dentures. All non-restorable teeth must be removed prior to making a partial dentue. Please see CDCR 7428 Full and Partial Denture Agreement.

Staff Signature: MCastillo    RDA    Date Returned to Inmate: 02/09/07  02/26/07

---

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

3

DEPA___ENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**DENTAL PROGRESS NOTES**
CDCR 237-C (Rev. 04/06)

Page 1 of 2

| RESTORATIONS AND TREATMENTS (Completed during incarceration) | SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|

REMARKS

REMARKS

**Prior to each treatment, the Dentist *must* review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|
| 1 2 07 | | S: S/c cc I have a loose tooth and I could like a partial. Formal 602 interview. Pt points to tooth #7. | | |
| | | O: Hx? (cdcd 1/2/07, taking atenolol, HCTZ, #9 lopistatin (sp?)) #7 Cl III mobility, CL III mobility, #10 Cl II mobility, #29 #25 CL II mobility, advanced boneless PA #7 taken | | |
| | | A: #7 #10, nonrestorable, generalize advanced periodontitis | | |
| | | P: 1) O.S ext #7 #10 (pt refuse ext) 2) prosth eval for partial 3) pt ref. Pt refuse to sign treatment today. | | S. LEE, D.D.S. Staff Dentist PJDC |

DRUG ALLERGIES?
☒ NO    ☐ YES

**DENTAL PROGRESS NOTES**

CDCR NUMBER, NAME (LAST, FIRST, MI), AND DATE OF BIRTH

STEPHEN JIMMIE
7-18-52

4

**Prior to each treatment, the Den___t must review the health history, n___ ___ranges or specify no change; and use S.O.A.P. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | DIAGNOSIS - TREATMENT (Include signature at the end of each data entry) | PRISON LOCATION (ACRONYM) |
|---|---|---|---|
| 2 10 06 | | S: " My tooth needs to be filled." "I need to get my teeth prepared for partials" Pt points to #18. | |
| | ✕ | O: HQR (dated 2/10/06). NC. | |
| | | 1 PA taken #18 | |
| | | #18 broken amalgam & DB cusp. F. caries, cervically on MB. #6, 24, 28 F caries, #11 D leaking | |
| | | A: #18 Restorable | |
| | | P: #18 oper | |
| | | ② Panorex | |
| | | E: Pt informed. OHI given both oral & written. | |
| | | Tx: 2 carps 2% Lidocaine w/1:100000 epi | |
| | 18 | Removed DO Alloy & f caries Placed DOB comp. using etch, primer, adhesive & 3M 2100 comp. checked occl. | |
| | | C. Fronsdal DDS RJDCF | |

DRUG ALLERGIES?
☑ NO    ☐ YES

**DENTAL PROGRESS NOTES**
**CDC 237C (1/00)**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Stephen, Jimmie
C-56483.
7/18/52

5

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
DENTAL PROGRESS NOTES
Page 1 of 2
CDCR 237-C (Rev. 04/06)

| RESTORATIONS AND TREATMENTS (Completed during incarceration) | SUBSEQUENT DISEASES AND ABNORMALITIES |
|---|---|
| | |
| REMARKS | REMARKS |

**Prior to each treatment, the Dentist _must_ review the inmate-patient's health history, note changes or specify no change, and use S.O.A.P.E. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | PROGRESS NOTES (include signature at the end of each data entry) | PRIORITY AFTER VISIT | PRISON LOCATION (ACRONYM) |
|---|---|---|---|---|
| 11 30 06 | | S: Slcc: I have a loose tooth #9. pt points to tooth #9. | | |
| | | O: HgP (dtd 11/30/06, taking lovastatin for cholesterol), #9 discolored, CL III mobil, advanced bone loss, visual exam | | |
| | | A: #9 nonrestorable, advanced periodontitis | | |
| | | C: 1) 0.s ext #9 (pt refuse) | | |
| | | E: Pt inf #9 needs ext. | | |
| | | S Lee RJDCF S. LEE, D.D.S. Staff Dentist | (2) | |

DRUG ALLERGIES?
☒ NO    ☐ YES

DENTAL PROGRESS NOTES

CDCR NUMBER, NAME (LAST, FIRST, MI), AND DATE OF BIRTH
STEPHEN JIMMIE
C56483
7-18-52

*Prior To each treatment, the Dentist must review the health history, note changes or specify no change; and use S.O.A.P. format when applicable.*

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | DIAGNOSIS - TREATMENT (Include signature at the end of each data entry) | PRISON LOCATION (ACRONYM) |
|---|---|---|---|
| 04 06 05 | #29 | S MY TOOTH HURTS EVER SINCE FILLER (PTS TO #29) ESP. BITING DOWN" | |
| | | O HHR T3 NKDA ? CHECK N.V.   IPA #29. Percucet†††  | |
| | | A #29 WIDENED PDL NON-RESTORABLE NEEDS XO | |
| | | P I'm DECLINED TX TODAY. WANTS TO POSTPONE | |
| | | EXTRACTION. OFFERED TX TODAY. I'm REFUSED. | |
| | | NO REQUEST FOR PAIN MEDS TODAY. | |
| | | E OHI TOLD I'm WOULD DUCAT WHEN HE is READY | |
| | | FOR XO #29. ANSWERED 602    N/c  Rddos  RJD | |
| 10 17 05 | | Pt no show for 1330 priority | |
| | | ducat for today.  C. Fianoba DDS  RJDCF | |
| 11 2 05 | | 602 interview | |
| | | S. PAIN PV. LEFT/RIGHT Ø SWELLING Ø PAIN PRESENT Sometimes | |
| | | O. HHR (1-10-05) IPA #29. FRACTURED ALLOY + FACIAL CARIES | |
| | | A. #28 GUARDED PROGNOSIS. #29 NON-REST. | |
| | | P: consult. (L) SIDE NOT ADDRESSED @ THIS APT. | |
| | | N.V.  XO #29 ?    N/c  RtPl  RJD | |
| 11 4 05 | | T-2 HGN-dLy 9/16/04 NKDA Med. 1.5td | |
| | | 4% Septocane 1:100 Rep X 3 Cmp | |
| | | #29 Routine XO | |
| | | Pre + Post op insts given, consent signed | |
| | | hemostasis achd | |
| | | Rx 400 mg X 20 Tabs. | |
| | | K R Mithra DDS  RJD | |
| | | R Mithra | |

**DRUG ALLERGIES?**

☒ NO   ☐ YES

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

STEPHEN

C 56483

**DENTAL PROGRESS NOTES**
**CDC 237C (1/00)**

**Prior to each treatment, the Dentist must review the health history, note changes or specify no change; and use S.O.A.P. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | DIAGNOSIS - TREATMENT (Include signature at the end of each data entry) | PRISON LOCATION (ACRONYM) |
|---|---|---|---|
| 1 26 04 | | S: Informal 602 interview. Pt points to tooth #11 of being sensitive. | |
| | | O: H&P dtd 1/26/04, NCf, #11 gingival recession, root exposure, Ø caries. visual exam. | |
| | | A: #11 sensitivity due to root exposure | |
| | | P: 1) No tx indicated at this time | |
| | | Pt inf. if #11 ↑ symptoms, recommend extraction | |
| | | S____ DDS RJDCF | |

**DRUG ALLERGIES?**

☒ NO   ☐ YES

**DENTAL PROGRESS NOTES**
**CDC 237C (1/00)**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

C56483

STEPHEN JIMMIE

7-18-52

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

**Prior to each treatment, the Dentist must review the health history, note changes or specify no change; and use S.O.A.P. format when applicable.**

| DATE OF ACTION (month/day/year) | TOOTH NUMBER | DIAGNOSIS - TREATMENT (Include signature at the end of each data entry) | PRISON LOCATION (ACRONYM) |
|---|---|---|---|
| 1/10/05 | | S: pt present "I want teeth" | |
| | | O: 2 BWs | |
| | | HGR- dtd 1/10/05 NKDA Ø meds | |
| | | pt missing several max + mud posterior teeth | |
| | | Decay Noted Mesial #29 | |
| | | Decay Noted Facial of 20 | |
| | | slight pocketing | |
| | | A: Decayed teeth 29, 20 | |
| | | Early Adult Mild perio dental dz | |
| | | Missing seven posterior teeth | |
| | | P: 1.) Fill 20 + 29 | |
| | | 2.) Gross Scale | |
| | | 3.) Partial Construction | |
| | | N.V. Fills 20 + 29 | |
| | | K.R. Millard DDS | K.J.P |
| 1/13/05 | | T-3 HGR- dtd 1/10/05 NKDA Ø meds | |
| | | 4% Septacaine X 1.8 cc | |
| | | 3% Citanest X 1.8 cc | |
| | | #29- MOD Amg | |
| | | N.V. #20 | K.R. Millard DDS | K.J.P |
| 1/14/05 | | T-3 HGR- dtd 1/10/05 NKDA | Next visit requested by Patient on Form 7362 for routine treatment. |
| | | 2% Lido 1:100 Vep X 1.8 cc | |
| | | #20- DF comp / Acid etch | |
| | | N.V. eval for Partials | Dr. K. Millard D.D.S. DDS | K.J.P |

**DRUG ALLERGIES?**

☒ NO    ☐ YES

**DENTAL PROGRESS NOTES**
**CDC 237C (1/00)**

| CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|
| C56483 |
| STEPHEN JIMMIE |
| 7-18-52 |

r ð

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

D049493

Jimmie Stephen
C56483
P.O. Box 799003
San Diego, CA  92179-9003

The San Diego Union-Tribune • Saturday, August 5, 2006                    E        B3



DO YOU HAVE GUM DISEASE? We can HELP!
HAVE YOU BEEN TOLD YOU NEED PERIODONTAL SURGERY?

**Dr. Melinda Marino** now has PerioLase®, or Laser Periodontal Therapy™, a new **NON-SURGICAL** laser alternative to gum surgery. As it requires **NO CUTTING**, it's a much less traumatic and more comfortable in treating periodontal disease at any stage. Ask us for information today!

• Laser Periodontal Therapy™ can REDUCE pocket depth & BUILD BONE both in quantity & quality!
• PerioLase® is 1st & only **FDA APPROVED** alternative to scapel and suture gum surgery.

FLEXIBLE FINANCING AVAILABLE    CALL: 858-578-0800
9910 Mira Mesa Blvd. -D • San Diego, CA 92131    www.melindamarinodds.com

4

Jimmie Shelton C56483
A-1149
P. O. Box 8101
San Luis Obispo, California
93409-8101

CALIFORNIA MEN'S COLONY
STATE PRISON
SAN LUIS OBISPO CA 93409

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58
02 1M
0004247478    MAR 19 2008
MAILED FROM ZIP CODE 93401

United States District C
Northern
450 Golden Gate
San Francisco, California
9402-3

9410283661 C004